## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☒ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/01/2022  /s/ [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.
Digitally signed by Camille D. Bibles
**Camille D. Bibles**
Date: 2022.06.02 05:18:11 -07'00'

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

---

## United States District Court
### Violation Notice

CVB Location Code: **A106**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7786004 | J. Simpson | 2967 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 6/1/2022 1445
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.35 (c)
Place of Offense: Glen Canyon NRA, Wahweap Lodge Parking Lot
Offense Description: Factual Basis for Charge: Under the influence of alcohol — Danger to oneself or others
HAZMAT ☐

**DEFENDANT INFORMATION**   Phone: (   )   -

| Last Name | First Name | M.I. |
|---|---|---|
| Begay Jr. | Edison | L |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040-0937 | 1/1/1986 |

Drivers License No.: —   CDL ☐   D.L. State: AZ   Social Security No.: ----5481

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: Brown   Height: 5'06   Weight: 190

**VEHICLE**   VIN: N/A   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

22-04181-MJ-01-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
- ☐ my personal observation      ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __06/01/2022__   _(Officer's Signature)_
              Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
                                    Date: 2022.06.02 05:17:49 -07'00'
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

---

**United States District Court**
**Violation Notice**

CVB Location Code: A106

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7786005 | J. Simpson | 2967 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 6/1/2022 1445
Offense Charged: ☑ CFR  ☐ USC  ☐ State Code: 36 CFR 2.34(a)(1)
Place of Offense: Glen Canyon NRA Wahweap Lodge Parking lot
Offense Description: Factual Basis for Charge: Disorderly Conduct - Fighting, Violent Behaviour

**DEFENDANT INFORMATION**  Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| Begay Jr. | Edison | L. |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040-087 | 1/1/19?? |

Drivers License No.: —   CDL ☐   D.L. State: AZ   Social Security No.: 5481

Adult ☑  Juvenile ☐   Sex: ☑ Male ☐ Female   Hair: BLK   Eyes: Brown   Height: 5'06   Weight: 190

**VEHICLE**  VIN: N/A

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT →  $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)     Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 1, 2022 while exercising my duties as a law enforcement officer in the District of Arizona

At approximately 1421 I received a call for service from dispatch regarding two intoxicated individuals sitting in a maroon truck at the Wahweap lodge parking lot. I responded from the District Ranger Office with Ranger Castellucci, and we arrived on scene at the Wahweap lodge parking lot at 1429. Upon arrival, I observed two individuals, later identified as Josephine Thomas and Michael Yazzia by driver's license and word of mouth, sitting front passenger and rear passenger seats of the vehicle. I approached the passenger side of the vehicle where Thomas was sitting and smelled a distinct and strong odor of alcohol and marijuana coming from inside the vehicle. Ranger Castellucci observed a marijuana pipe and asked them to step out of the vehicle. When asked by Ranger Castellucci where they were coming from, Thomas responded New Mexico. Ranger Castellucci also asked who they were with and if they had been driving the vehicle. Thomas stated that they had not been driving, and that their brother Edison BEGAY, was the driver. Thomas stated that they were also with their nephew. Thomas and Yazzia were unable to state who their nephew was, Yazzia stating that they had "just barely met him". Ranger Castellucci then had both Thomas and Yazzia exit the vehicle. I obtained a drivers license from Thomas, and verbally identified Yazzia by name and date of birth. Both Yazzia and Thomas were both cleared by dispatch. Ranger Castellucci asked Yazzia and Thomas where their brother and nephew were located. They replied that they did not know, and that he had told them to stay in the truck as he walked off. They informed us he was wearing a red shirt and pointed the direction in which he had walked which was down by the swim beach area east of the lodge.

Ranger Gries arrived on scene and began questioning Thomas and Yazzia regarding the location of BEGAY and they both confirmed that he was wearing a red shirt. During this time, I continued observing Yazzia and Thomas. Ranger Gries then observed two males, one with a red shirt, walking up from the swim beach area, and stated to Ranger Castelluci and I that the individuals appeared to be in an intoxicated state. The individual with the red shirt, later identified as Edison BEGAY by word of mouth, approached Ranger Gries from the beach area first. Ranger Gries and Ranger Castellucci observed that BEGAY smelled strongly of an alcoholic beverage and had blood and scratches on his body. Ranger Gries informed me that BEGAY told him that BEGAY had been fighting with his nephew, and had to physically restrain his nephew because his nephew wanted to fight and was upset. BEGAY stated he "pushed his nephew down and had to hold him down to calm him down". Ranger Gries then informed me that they had done a Portable Breath Test (PBT) on BEGAY, and BEGAY blew a .155 BrAC on the PBT indicating the presence of alcohol in his system. BEGAY also told Ranger Gries that he had been drinking that day, stating that he had just "a little bit but not too much". BEGAY stated that his nephew, identified as Arundel Orosco, had also been drinking. As the nephew approached, blood and scratches were observed on his face, head, and elbows.

While on scene, Ranger Gries identified BEGAY verbally and ran a warrant check through dispatch on BEGAY. Dispatch confirmed his identify through the use of physical descriptors and informed Ranger Gries that BEGAY had a warrant out for his arrest in Page, AZ. Ranger Gries confirmed the warrant through dispatch. At 1516, Ranger Gries and I placed BEGAY under arrest for Under the influence of alcohol; danger to oneself or others and Disorderly conduct; fighting. BEGAY was transported to Coconino County Jail and processed.

Pending charges for BEGAY:
36 CFR 2.34(a)(1) Disorderly Conduct- Fighting, violent behavior (V#7786005)

36 CFR 36 CFR 2.35(c) Under the influence of alcohol to a degree of danger to oneself or others (V#7786004)

Location Code: A103     22-1119/NP22136860

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/01/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__   Digitally signed by Camille D. Bibles
Date: 2022.06.02 05:17:13 -07'00'

Date (mm/dd/yyyy)   U.S. Magistrate Judge